## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kristopher Lee Roybal,                                                Civil No. 14-cv-5042 (SRN/TNL)

      Petitioner,

v.                                                                                        **ORDER**

Tom Roy, *Commissioner of Corrections*,

      Respondent.

---

Kristopher Lee Roybal, 1212 Miles Avenue Southeast, Bemidji, MN 56601 (*pro se* Petitioner);

Matthew Frank and James B. Early, Minnesota Attorney General's Office, 455 Minnesota Street, Suite 1800, St. Paul, MN 55101; Peter R. Marker, Ramsey County Attorney's Office, 50 Kellogg Boulevard West, Suite 316, St. Paul, MN 55102 (for Respondent).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 5, 2015 [Doc. No. 23], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner Kristopher Lee Roybal's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1) is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. Petitioner should **NOT** be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  August 31, 2015                                      s/Susan Richard Nelson
                                                                            SUSAN RICHARD NELSON
                                                                            United States District Judge